## Teresa L. HILLIARD, Petitioner,

v.

## MERIT SYSTEMS PROTECTION BOARD, Respondent.

### No. 2011–3198.

United States Court of Appeals, Federal Circuit.

June 13, 2012.

Johnnie Allen Landon, Jr., of Washington, DC, argued for petitioner.

Jeffrey A. Gauger, Attorney, Office of the General Counsel, Merit Systems Protection Board, of Washington, DC, argued for respondent. With him on the brief were James M. Eisenmann, General Counsel, and Keisha Dawn Bell, Deputy General Counsel.

LINN, PLAGER, and DYK, Circuit Judges.

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.